In re the ADOPTION OF JOHN DOE.

(*May* 15, 1964)

TERRY, C. J., and WOLCOTT and CAREY, JJ., sitting.

*Daniel F. Kelleher,* Theisen & Lank, for appellant.

*Thomas G. Hughes,* Berl, Potter & Anderson, for appellee.

Supreme Court of the State of Delaware. No. 1047, 1965.

PER CURIAM.

The opinion of the Orphans' Court below is affirmed on the opinion as entered below In re Adoption of Doe, 197 A. 2d 469,